Jonathan Quint, Esq. (SBN206767)
LAW OFFICES OF JONATHAN QUINT
3911 Harrison Street
Oakland, CA 94611
Telephone: 510-595-9130
Fax: 510-653-8889

Attorneys for Secured Creditor
DAERIELLE CULVER

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

THOMAS F. RUST,

    DEBTOR

Case No.: 13-46146 CN 13

CHAPTER 13

**SECURED CREDITOR DAERIELLE CULVER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS CHAPER 13 CASE**

Hearing Date: December 16, 2014
Time: 10:00 AM
Location: 1300 Clay Street, Oakland, CA
Courtroom 215
Judge: Honorable Charles Novack

### Request to Take Judicial Notice

Pursuant to the Federal Rules of Evidence 101, 201, 1101, and Federal Rule of Bankruptcy Procedure 9017, SECURED CREDITOR, DAERIELLE CULVER ("Culver"), through her attorney of record in California Superior Court, Alameda County Case # RG11577107 hereby requests that the Court take judicial notice of the following documents that were publicly filed by Secured Creditor Daerielle Culver on November 7, 2014, in the U.S. Bankruptcy Court Northern District of California, Oakland, CA.

A. SECURED CREDITOR DAERIELLE CULVER'S MEMORANDUM IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS (and Exhibits)

The documents to be noticed are relevant in that they support the Standing Trustee's Motion to Dismiss for failure to make payments under the plan and that such failure to make payments is cause for dismissal. The relevance of the documents requested to be noticed is set forth in the accompanying Opposition to Debtor Thomas F. Rusts Motion to Modify Chapter 13 Plan.

Dated: December 4, 2014

Respectfully submitted

_____
Jonathan Quint, Attorney for Daerielle Culver in Superior Court Case #RG11577107: Culver v. Rust