Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900
13trustee@oak13.com

Trustee for Debtor(s)



**Entered on Docket
December 18, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

The following constitutes
the order of the court. Signed December 17, 2014

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>Thomas Rust<br><br>                  Debtors(s) | Chapter 13 Case Number:<br>13-46146-CN 13<br><br>In Proceedings Under<br>Chapter 13 of the<br>Bankruptcy Code |

**ORDER OF DISMISSAL AFTER DEFAULT OF CHAPTER 13 PLAN PAYMENTS**

Upon consideration of the declaration dated August 11, 2014 of Martha G. Bronitsky, Chapter 13 Standing Trustee, filed with this Court attesting to the default of debtor(s) under the terms of the plan; upon the continuing default of the debtor. The Court being satisfied that the Chapter 13 Trustee served the debtor(s) and counsel for debtor(s) with a MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS, and upon good cause shown.

IT IS THEREFORE ORDERED that the above-referenced case be dismissed, and that any restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

END OF ORDER

# COURT SERVICE LIST

| | |
|---|---|
| Thomas Rust<br>1442 Walnut St #345A<br>Berkeley, CA 94709<br><br>(Debtor) | Bankruptcy Law Firm<br>475 - 14Th Street #260<br>Oakland, CA 94612<br><br>(Counsel for Debtor) |
| Alameda County/Records<br>1106 Madison Street<br>Fl 1<br>Oakland, CA 94607 | At & T<br>5020 Ash Grove Road<br>Springfield, IL 62711 |
| County Of San Mateo<br>455 County Center<br>Redwood City, CA 94063 | Daerielle Culver<br>3911 Harrison St<br>Oakland, CA 94611 |
| Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA 95812-2952 |
| Jean Woo<br>921 Ventura Ave<br>Albany, CA 94707 | Joshua Royse, Megan Van Vlade<br>1442 Walnut Street<br>#345 A<br>Berkeley, CA 94709 |
| Orlando Mitts Moore<br>675 N. 1St Street<br>San Jose, CA 95112 | Pite Duncan Llp<br>4375 Jutland Dr #200<br>Po Box 17933<br>San Diego, CA 92177-0933 |
| Pite Duncan Llp<br>4375 Jutland Dr #200<br>Po Box 17933<br>San Diego, CA 92177-0933 | Pra Receivables Management<br>Portfolio Recovery Associates<br>Po Box 12914<br>Norfolk, VA 23541 |
| Pra Receivables Management<br>Portfolio Recovery Assocs<br>Po Box 41067<br>Norfolk, VA 23541 | Public Storage<br>620 Harrison Street<br>Berkeley, CA 94710 |
| Rjm Acquisitions Llc<br>575 Underhill Blvd #224<br>Syosset, NY 11791 | United States Treasury<br>Po Box 7346<br>Philadelphia, PA 19101-7346 |
| Wells Fargo Bank Aka Wachovia<br>1 Home Campus X2302-041<br>Des Moines, IA 50306 | Wells Fargo Fka Wachovia Fka World Sav<br>4101 Wiseman Blvd T7416-023<br>San Antonio, TX 78251 |
| Wells Fargo Fka Wachovia Fka World Sav<br>4101 Wiseman Blvd T7416-023<br>San Antonio, TX 78251 | Wells Fargo Home Mortgage<br>1 Home Campus X2302-041<br>Des Moines, IA 50306 |